1

CROWELL & MORING LLP
Mark R. Troy (CSB No. 120418, mtroy@crowell.com)
Jeffery H. Rutherford (CSB No. 181695, jrutherford@crowell.com)
Nathanial J. Wood (CSB No. 223547, nwood@crowell.com)
515 South Flower St., 40th Floor
Los Angeles, CA  90071
Telephone: 213.622.4750
Facsimile: 213.622.2690

2

3

4

5

Attorneys for Defendant
LOCKHEED MARTIN CORPORATION

6

7

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

11

UNITED STATES *ex rel.* NYLE HOOPER,

Case No. CV 08-00561-DSF

12

Plaintiff,

**LOCKHEED MARTIN CORPORATION'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT OF CLAIMS**

13

v.

14

15

LOCKHEED MARTIN CORPORATION,

16

Defendant.

Date:     January 10, 2011
Time:     1:30 p.m.
Crtrm:    840
Judge:    Hon. Dale S. Fischer

17

18

19

20

21

22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

LAACTIVE-600708762.1

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that on January 10, 2011, at 1:30 p.m. or as soon thereafter as counsel may be heard before the Honorable Dale S. Fischer in the above-entitled court, located at 255 East Temple Street, Los Angeles, California, 90012, Defendant Lockheed Martin Corporation ("Defendant" or "Lockheed Martin") will move the Court for summary judgment, or in the alternative, partial summary judgment of claims, against Plaintiff Nyle Hooper (hereinafter "Hooper"), pursuant to Rule 56 of the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the Central District of California.

This motion for summary judgment is made upon the grounds that Hooper cannot meet his burden to establish any element of a claim under the False Claims Act against Lockheed Martin under each of the four Counts of the Third Amended Complaint. Lockheed Martin respectfully requests that the Court grant summary judgment, or in the alternative, partial summary judgment in its favor on Counts I through IV of the Third Amended Complaint (the "TAC") for the following reasons:

1.      Lockheed Martin is entitled to partial summary judgment on Count I of the TAC because:

a.      Hooper's claim that Lockheed Martin (or its predecessor Loral Systems Company) "underbid" the RSA contract is not actionable under the False Claims Act as a matter of law;

b.      There is no evidence that the contract proposal contained any false productivity rates or cost estimates, and in any event, estimates are not actionable under the False Claims Act as a matter of law;

c.      There is no evidence to establish that any false statement was made "knowingly;"

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

LOCKHEED MARTIN CORPORATION'S NOTICE OF
MOTION AND MOTION FOR SUMMARY
JUDGMENT; CASE NO. CV 08-00561-DSF

LAACTIVE-600708762.1

d.   There is no evidence that proposed productivity rates or estimates contained in the contract proposal were material to the government's decision to award the contract;

e.   There is no evidence that productivity rates in the proposal, which the government analyzed independently and of which the government knew of the inherent uncertainties, were material to the government's decision to make any payments under the contract;

f.   There is no evidence that any particular claim for payment under the contract was based on or connected with alleged false productivity rates or estimates in the proposal.

2.   Lockheed Martin is further entitled to partial summary judgment on Count I of the TAC because:

a.   Hooper's claim that Lockheed Martin provided low cost estimates after the RSA contract was awarded and during the course of performing the contract is not actionable under the False Claims Act as a matter of law;

b.   There is no evidence that any contract change proposals or other information about estimates submitted to the government during contract performance contained any false statements;

c.   There is no evidence to establish that any alleged false statement was made "knowingly," and in any event, the government's knowledge of the basis of the estimates would negate any allegation that Lockheed Martin knowingly submitted a false statement or claim;

d.   There is no evidence that any alleged false statement about productivity rates or other information about estimates made during performance of the contract was material to the

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

LOCKHEED MARTIN CORPORATION'S NOTICE OF
MOTION AND MOTION FOR SUMMARY
JUDGMENT; CASE NO. CV 08-00561-DSF

LAACTIVE-600708762.1

1   government's decision to make any particular payments under

2   the contract; and

3       e.   There is no evidence that any particular claim for payment under

4           the contract was based on or connected with alleged false

5           productivity rates or estimates submitted to the government

6           during the course of performing the contract.

7      3.   Lockheed Martin is entitled to partial summary judgment on Counts II

8   & III of the TAC because:

9       a.   There was no false claim or statement made to the government

10          regarding the use of "free and open source software" ("FOSS")

11          on the RSA program;

12       b.   The disclosure to and approval by the government of the "free

13          and open source software" ("FOSS") on the RSA program

14          negates any allegation that a false claim or statement was made

15          or that any alleged false statement or claim was made

16          "knowingly;"

17       c.   There is no evidence that any alleged false statement or claim

18          was material to the government's decision to make any

19          payments under the contract, and in any event the government's

20          knowledge and approval establishes that the use of FOSS was

21          not material to the government's payment decisions;

22       d.   There is no evidence that any particular claim for payment under

23          the contract was based on or connected with an alleged false

24          statement or claim relating to the use of FOSS.

25      4.   Lockheed Martin is entitled to partial summary judgment on Count IV

26   of the TAC because:

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

LOCKHEED MARTIN CORPORATION'S NOTICE OF
MOTION AND MOTION FOR SUMMARY
JUDGMENT; CASE NO. CV 08-00561-DSF

LAACTIVE-600708762.1

a.   There was no false claim or statement made to the government regarding the manner in which Lockheed Martin conducted tests required under the RSA contract;

b.   To the extent that Lockheed Martin's tests deviated from testing practices required under either the contract or Lockheed Martin's own test procedures, the government's approval of such deviations negates any allegation that a false claim or statement was made or that any alleged false statement or claim was made "knowingly;

c.   There is no evidence that any alleged false statement or claim was material to the government's decision to make any payments under the contract, and in any event the government's knowledge and/or approval of the action which Hooper believes to be testing deviations establishes that such alleged deviations were not material to the government's payment decisions; and

d.   There is no evidence that any particular claim for payment under the contract was based on or connected with any alleged testing deficiencies or deviations.

Pursuant to Local Rule 7-3, this motion is made following the conference of counsel which took place on November 4, 2010.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities, the Separate Statement of Uncontroverted Facts and Conclusions of Law, the Declarations of Mark Troy, Major Cory Pike (Ret.), Jeffrey Sussex, Corey Cather, Marilyn Washington, Dr. Edward Avila, Kathy Collins, Paul Usavage, Fred Herr and Gregory Braun, the Request for Judicial Notice filed concurrently herewith, all other pleadings, papers and records filed in

///

///

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-4-

LOCKHEED MARTIN CORPORATION'S NOTICE OF
MOTION AND MOTION FOR SUMMARY
JUDGMENT; CASE NO. CV 08-00561-DSF

LAACTIVE-600708762.1

1    this action, and upon such oral argument as the Court may choose to have presented

2    at the time of hearing.

3    Dated:      November 22, 2010        Crowell & Moring LLP

4

5                                 */s/ Mark R. Troy*

6                                 Mark R. Troy
                                 Jeffrey H. Rutherford

7                                  Nathanial J. Wood
                                 Attorneys for Defendant

8                         LOCKHEED MARTIN CORPORATION

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-5-

LOCKHEED MARTIN CORPORATION'S NOTICE OF
MOTION AND MOTION FOR SUMMARY
JUDGMENT; CASE NO. CV 08-00561-DSF

LAACTIVE-600708762.1