UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | CV 08-561 DSF (FMOx) | Date | 12/3/10 |
| Title | United States ex rel. Nyle Hooper v. Lockheed Martin Corp. | | |

| | |
|---|---|
| Present: The Honorable | DALE S. FISCHER, United States District Judge |
| Chris Silva for Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order DENYING Ex Parte Application to Continue Briefing Schedule (Docket No. 159)

    Plaintiff's ex parte application to continue the briefing schedule on Defendant's pending motion for summary judgment is DENIED. First, the Court has granted two prior extensions of the scheduling order and made known that no further extensions would be entertained. But, in any event, Plaintiff has presented no good cause for such an extension. Contrary to Plaintiff's suggestion, the motion for summary judgment is not particularly voluminous. Plaintiff asserts that Defendant has obstructed discovery and otherwise caused Plaintiff to not be prepared to oppose the motion, there is no evidence that this is the case. While there may have been some delay in production of documents, Plaintiff admits that the vast majority of documents in this case were produced by spring of this year. To the degree that Plaintiff has not finished his depositions, Plaintiff agreed to the motion cutoff date of January 10, 2011, and should have planned his depositions accordingly.

    IT IS SO ORDERED.