Mark I. Labaton (SBN 159555)
MOTLEY RICE, LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024-3503
Telephone: (310) 500-3488
Facsimile :
Email:     mlabaton@motleyrice.com

Joseph A. Black
Daniel E. Cohen
James A. Moody (Of Counsel)
THE CULLEN LAW FIRM, PLLC
1101 30th Street, NW, Suite 300
Washington, DC 20007
Telephone:   (202) 944-8600
Facsimile:   (202) 944-8611
Email:       jab@cullenlaw.com
             dec@cullenlaw.com
             moodyjim@aol.com

*Attorneys for Plaintiff Nyle Hooper*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES *ex rel.* NYLE HOOPER,<br><br>                    Plaintiff,<br><br>        v.<br><br>LOCKHEED MARTIN CORPORATION,<br><br>                    Defendant. | Case No.  CV 08-00561 DSF (FMOx)<br><br>**SUPPLEMENTAL DECLARATION OF JOSEPH A. BLACK** |

I, Joseph A. Black, declare as follows:

1. I am an attorney licensed to practice law in the District of Columbia. I am admitted *Pro Hac Vice* for the purpose of representing Plaintiff Nyle J. Hooper in his action against Lockheed Martin Corp. ("Lockheed"). I am a partner in The Cullen Law Firm of Washington, D.C. I have personal knowledge of the facts and issues presented in this declaration, and could competently testify if called as a witness to do so.

2. This declaration is made in support of Hooper's Opposition to Lockheed's Motion for Summary Judgment.

3. Attached as Exhibit A are excerpts from the rough draft transcript of the deposition of Greg Braun taken on December 29, 2010. Hooper will file the official transcript when it becomes available.

4. The Braun deposition was originally noticed for late September 2010. Because of scheduling problems and a dispute with Lockheed over the production of the output of the SEER-SEM software cost estimation model, the deposition was not be taken until after Hooper's Opposition to Lockheed's Motion for Summary Judgment was filed.

5. The Braun testimony is important because he was part of the part of the software estimation team that prepared proposals for the Air Force after Lockheed began work on the RSA IIA contract. Braun Depo. 6:2-25.

6. Braun testified that Lockheed used the SEER-SEM model in cost proposals for modifications to the RSA IIA contract to determine the productivity rate, which he referred to as "lines per person month." Braun Depo. 50:19 – 51:3 He also testified that Lockheed ignored the output of the SEER-SEM model that predicted the total number of hours, the schedule and the cost of the software development project. Braun Depo. 53:3 -19

7. Braun testified that the SEER-SEM output was never shown to the Air Force when Lockheed submitted its cost proposals. Braun Depo. 158:14-23. This confirms Michael Allen's testimony on this fact. UF 24.

I declare under penalty of perjury that the foregoing is true and correct. Executed this the 7th day of January, 2011 at Washington D.C.

*/s/ Joseph A. Black*
Joseph A. Black