Mark I. Labaton (SBN 159555)
MOTLEY RICE, LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024-3503
Telephone: (310) 500-3488
Facsimile : (310) 824-2870
Email:     mlabaton@motleyrice.com

Joseph A. Black
Daniel E. Cohen
James A. Moody (Of Counsel)
THE CULLEN LAW FIRM, PLLC
1101 30th Street, NW, Suite 300
Washington, DC 20007
Telephone: (202) 944-8600
Facsimile: (202) 944-8611
Email:     jab@cullenlaw.com
           dec@cullenlaw.com
           moodyjim@aol.com

*Attorneys for Plaintiff Nyle Hooper*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES *ex rel.* NYLE HOOPER,<br><br>Plaintiff,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION,<br><br>Defendant. | Case No. CV 08-00561 DSF (FMOx)<br><br>**TABLE OF CONTENTS TO HOOPER'S APPLICATION FOR LEAVE TO FILE CORRECTED RESPONSE TO UNCONTROVERTED FACTS** |

# TABLE OF CONTENTS

1. Declaration of Joseph A. Black ...................................................................1
2. Exhibit A, Deposition of Michael Allen .....................................................4
3. TAB 1 Exhibit 27 (Attached to Allen Deposition).................................216
4. Exhibit B, Deposition of Xenia Bixler .....................................................291
5. TAB 1 Exhibit 32 (Attached to Bixler Deposition)............................... 300
6. TAB 2 Exhibit 33 (Attached to Bixler Deposition)...............................208
7. TAB 3 Exhibit 34 (Attached to Bixler Deposition)...............................333
8. TAB 4 Exhibit 35 (Attached to Bixler Deposition)...............................343
9. TAB 5 Exhibit 39 (Attached to Bixler Deposition................................347
10. TAB 6 Exhibit 45 (Attached to Bixler Deposition)...............................351
11. Exhibit C, Deposition of Marsha Bobro Byrd.......................................354
12. TAB 1 Exhibit 9 (Attached to Bobro Byrd)............................................379
13. TAB 2 Exhibit 10 (Attached to Bobro Byrd)..........................................381
14. Exhibit D, Deposition of Paul Usavage .................................................384
15. TAB 1 Exhibit 43 (Attached to Usavage Deposition)...........................387
16. TAB 2 Exhibit 52 (Attached to Usavage Deposition)...........................389
17. TAB 3 Exhibit 58 (Attached to Usavage Deposition............................393
18. TAB 4 Exhibit 63 (Attached to Usavage Deposition)...........................398
19. Tab 5 Exhibit 78 (Attached to Usavage Deposition)............................400
20. The following documents are attached to Exhibit E
21. TAB 1 ACTA-001080 ................................................................................408
22. TAB 2 ACTA-007481-007484...........................................................409-412
23. TAB 3 ACTA-012569.................................................................................471
24. TAB 4 ACTA-012571.................................................................................473
25. TAB 5 ACTA-013623-13628.............................................................413-418
26. TAB 6 ACTA-014397.................................................................................420

| | | |
|---|---|---|
| 27. | TAB 7 ACTA-014761 | 425 |
| 28. | TAB 8 ACTA-015473 | 429 |
| 29. | TAB 9 ACTA-016329 | 435 |
| 30. | TAB 10 ACTA-012545 | 441 |
| 31. | TAB 11 ACTA-013704 | 443 |
| 32. | TAB 12 ACTA-016054 | 450 |
| 33. | TAB 13 ACTA-019378 | 467 |
| 34. | The following documents are attached to Exhibit F | |
| 35. | TAB 1 LMC-0000315 | 478 |
| 36. | TAB 2 LMC-0020467 | 483 |
| 37. | TAB 3 LMC-0021829 | 484 |
| 38. | TAB 4 LMC-0024680 | 485 |
| 39. | TAB 5 LMC-0024695 | 487 |
| 40. | TAB 6 LMC-0024710 | 490 |
| 41. | TAB 7 LMC-0025299 | 491 |
| 42. | TAB 8 LMC-0031632 | 501 |
| 43. | TAB 9 LMC-0059667 | 503 |
| 44. | TAB 10 LMC-0060338 | 506 |
| 45. | TAB 11 LMC-1628730 | 505 |
| 46. | TAB 12 LMC-1670743 | 507 |
| 47. | TAB 13 LMC-1697153 | 516 |
| 48. | TAB 14 LMC-2712852 | 517 |
| 49. | Exhibit G  HOO002499-HOO002509 | 539-49 |
| 50. | Exhibit H Correspondence from Lockheed Martin (Nathanial J. Wood) to Hooper (Joseph A. Black) | 551 |
| 51. | Exhibit I Memorandum for Lockheed Martin from U.S. Air Force Bates number LAX111424 | 554 |
| 52. | The following documents are attached to Exhibit J | |

53. TAB 1  http://code.google.com/p/windage/ .................................................... 557
54. TAB 2  http://www.downv.com/Windows/download-Auto-Pan-10394675.html .................................................... 561
55. TAB 3  http://www.softpedia.com/get/Science-CAD/SQRT-2.shtml .................................................... 564
56. TAB 4  http://www.brothersoft.com/haversine-formula-385523.html .................................................... 566
57. TAB 5  http://www.sharewareconnection.com/titles/runge-kutta.htm .................................................... 569
58. TAB 6  http://nixbit.com/cat/system/operating-systems-other/prex/ .................................................... 571
59. TAB 7  http://www.icewalkers.com/Linux/Software/53750/cdrecord.html .................................................... 574
60. TAB 8  http://nixbit.com/cat/programming/compilers/obfuscated-tiny-c/ .................................................... 576