JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* NYLE HOOPER,<br><br>Plaintiff,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION,<br><br>Defendant. | Case No. CV 08-00561-DSF (FMOx)<br><br>**JUDGMENT** |

The Motion by Defendant Lockheed Martin Corporation for Summary Judgment, or in the Alternative, Summary Judgment of Claims (the "Motion") came on for hearing before the Court, the Honorable Dale S. Fischer, on January 10, 2011.

Having fully considered the evidence, the papers, and the oral arguments of counsel, and being fully advised:

THE COURT ORDERS, ADJUDGES AND DECREES THAT:

1. The Motion is GRANTED;

2. Judgment shall be entered in favor of Defendant Lockheed Martin Corporation and against Relator Nyle Hooper ("Relator");

3. Relator shall take nothing by this action;

**Error! Unknown document property name.**

4. The Court dismisses the action with prejudice; and

5. Defendant Lockheed Martin Corporation shall recover its costs in an amount to be determined by a bill of costs.

IT IS SO ORDERED.

Dated: 1/18/11

*Dale S. Fischer*
UNITED STATES DISTRICT JUDGE