JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES *ex rel.* NYLE J. HOOPER,<br><br>Plaintiff,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION,<br><br>Defendant. | Case No. CV 08-00561 BRO (PJWx)<br><br>**JUDGMENT**<br><br>Trial Date:   March 18, 2014 |
|---|---|

This action was tried by jury, which commenced on March 18, 2014 and concluded on March 27, 2014, before this Court. The jury rendered a verdict in favor of Defendant Lockheed Martin Corporation ("Lockheed Martin") on Plaintiff Nyle J. Hooper's ("Hooper") False Claims Act (31 U.S.C. §§ 3729, et seq.) and Retaliatory Discharge (31 U.S.C. § 3730(h)) causes of action. *See* Docket # 455. Pursuant to the jury verdict rendered on March 27, 2014 in this action:

THE COURT ORDERS, ADJUDGES, AND DECREES THAT:

1. Judgment is entered in favor of Lockheed Martin and against Hooper on all claims;
2. Hooper takes nothing by this action;
3. Lockheed Martin shall recover its costs in an amount to be determined by a bill of costs.

**IT IS SO ORDERED.**

Dated: April 16, 2014

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE