UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 08 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NYLE J. HOOPER, | No. 14-56192 |
| Plaintiff - Appellant, | D.C. No. 2:08-cv-00561-BRO-PJW |
| and | U.S. District Court for Central California, Los Angeles |
| UNITED STATES OF AMERICA, | **MANDATE** |
| Plaintiff, | |
| v. | |
| LOCKHEED MARTIN CORPORATION, | |
| Defendant - Appellee. | |

The judgment of this Court, entered February 12, 2016, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Margoth Turcios
Deputy Clerk